1

2

3

4                     **UNITED STATES DISTRICT COURT**

5                         **DISTRICT OF NEVADA**

6 _____

7 NICK MAO,                        )

8             Plaintiff,         )       Case No.: 2:14-cv-00721-RCJ-PAL

9         vs.                  )

10 SUNAM INVESTMENTS, LTD. et al.,   )         **ORDER**

11           Defendants.      )

12 _____

13      Plaintiff has asked leave to amend the Complaint to reflect that the Defendant currently

14 named as "Sunam Investments, Ltd." is properly named as "Sanum Investments, Ltd."

15 Defendant Bridge Capital, LLC (the only Defendant to have appeared) has filed a non-

16 opposition, without waiver of any issues.

17                      **CONCLUSION**

18      IT IS HEREBY ORDERED that the Motion to Amend (ECF No. 20) is GRANTED.

19      IT IS SO ORDERED.

20 Dated this 23rd day of July, 2014.

21

22                        _____

                              ROBERT C. JONES

23                          United States District Judge

24